[No. 5971–1–II.  Division Two.  July 5, 1983.]

*In the Matter of the Adoption of*
ERIC KEITH FOSTER.

Appeal from a judgment of the Superior Court for Pierce County, No. 13975, Thomas A. Swayze, Jr., J., entered October 23, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 4900–1–III.  Division Three.  July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FERNANDEZ A. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. C–2014, Ted Kolbaba, J., entered November 25, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 5680–1–II.  Division Two.  July 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–632, John W. Schumacher, J., entered May 12, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 5299–7–II.  Division Two.  July 7, 1983.]

ELLIS PACIFIC COMPANY, *Appellant,* v. R. L. SMART, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 32040, Robert S. Day, J., entered September 29, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.